SCOTT N. CAMERON (SBN 226605)
Attorney at Law
1007  7th Street, Suite 319
Sacramento, CA 95814
Ph. 916-442-5230


Attorney for:
DERRICK DAVIS


IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  13-CR-00052 TLN |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| GILBERT ARREAZOLA and DERRICK DAVIS, | |
| Defendants, | |


**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, defendant

DERRICK DAVIS, by and through his counsel of record, Scott N. Cameron, and GILBERT

ARREAZOLA, by and through his counsel of record, MICHAEL BIGELOW, hereby stipulate as

follows:

1.      By previous order, this matter was set for status on July 11, 2013, at 9:30 a.m.

2.      By this stipulation, defendants now move to continue the status conference until

August 22, 2013, at 9:30 a.m., and to exclude time between July 11, 2013, and August 22, 2013,

under Local Code T4.  Plaintiff does not oppose this request.

3.      The parties agree and stipulate, and request that the Court find the following:

1

a.      The government has produced discovery to the defense in this case which consists of 292 pages of written or photographic material and 9 compact disks of recorded audio materials.

b.      Respective counsel for each defendant desires additional time to review the document and audio file discovery, consult with their client regarding the discovery, conduct investigation, and to discuss potential resolution with their client and the government.

c.      Counsel for each defendant believes that failure to grant the above-requested continuance would deny defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d.      The government does not object to the continuance.

e.      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f.      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 11, 2013, to August 22, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


DATED:      July 8, 2013

                                        /s/ Jason Hitt
                                        JASON HITT
                                        Assistant United States Attorney

DATED:      July 8, 2013


                                        /s/ Scott Cameron
                                        SCOTT N. CAMERON
                                        Counsel for DERRICK DAVIS

DATED:      July 8, 2013


                                        /s/ Michael Bigelow
                                        MICHAEL BIGELOW
                                        Counsel for GILBERT ARREAZOLA



                            **O R D E R**

        IT IS SO FOUND AND ORDERED this 10th day of July   2013.



                                        Troy L. Nunley
                                        United States District Judge

3